IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:09cr33 |
| Plaintiff, | JUDGE WALTER H. RICE |
| v. | |
| AARON MIRACLE, | |
| Defendant. | |

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

---

This Court, on its own motion and with the full concurrence of both government counsel and counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination of defendant's present mental status, pursuant to 18 United States Code §3552(c) and for a report of said evaluation.

It is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the pre-sentence investigation report and supervised release violation petition and report to Dr. De Marchis.

Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

Dated: November 21, 2019

                          WALTER H. RICE
                          UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of record